# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hardinge Inc., *et al.*,[1] | Case No. 24-11605 (JKS) |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR THE HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JULY 30, 2024 AT 10:30 A.M. (ET)[2]

> **This proceeding will be conducted remotely via Zoom.**
> **Please refer to Judge Stickles' Chambers Procedures**
> **(https://www.deb.uscourts.gov/content/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.**
>
> **The deadline to register for remote attendance at first-day or emergency hearings is one-hour prior to the hearing (Prevailing Eastern Time) unless otherwise noticed. using the *eCourtAppearances* tool available on the Court's website.**

**PLEASE TAKE NOTICE** that on July 29, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following voluntary petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

A.  Voluntary Petitions:

  1. Hardinge Ventures LLC (Case No. 24-11602)
  2. Ohio Tool Works, LLC (Case No. 24-11603)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Hardinge Ventures LLC (0586); Ohio Tool Works, LLC (7569); Kellenberger Swiss Grinding Machines, LLC (N/A); Hardinge Inc. (0200); Hardinge Technology Systems, Inc. (6427); Forkardt Inc. (4671); and Hardinge Grinding Group Inc. (6173). The Debtors' service address is One Hardinge Drive, Elmira, NY 14902-1507.

[2] All motions and other pleadings referenced herein are available online at the following web address: https://cases.ra.kroll.com/Hardinge.

3. Kellenberger Swiss Grinding Machines, LLC (Case No. 24-11604)
4. Hardinge Inc. (Case No. 24-11605)
5. Hardinge Technology Systems, Inc. (Case No. 24-11606)
6. Forkardt Inc. (Case No. 24-11607)
7. Hardinge Grinding Group Inc. (Case No. 24-11608)

**PLEASE TAKE FURTHER NOTICE** that on July 29, 2024, the Debtors filed the following first day motions and related pleadings (collectively, the "First Day Motions").

B. First Day Motions:

1. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3].

2. Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 4].

3. Debtors' Motion for Entry of Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 30 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, and (III) Granting Related Relief [Docket No. 5].

4. Debtors' Motion for Entry of Order (I) Restating and Enforcing Protections Of 11 U.S.C. §§ 362, 365, 525, And 541(c), (II) Approving Notice Related to Non-Debtor Affiliates, and (III) Granting Related Relief [Docket No. 6].

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests, and (III) Granting Related Relief [Docket No. 7].

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 8].

7. Debtors' Motion for Entry of Interim and Final Orders Establishing Notice and Objection Procedures for Transfers of Equity Securities and Claims of Worthless Stock Deductions [Docket No. 9].

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors To (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage; and (II) Granting Related Relief [Docket No. 10].

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees And (II) Granting Related Relief [Docket No. 11].

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors To (A) Honor Certain Prepetition Obligations to Customers And (B) Otherwise Continue Certain Customer Programs in The Ordinary Course of Business And (II) Granting Related Relief [Docket No. 12].

11. Debtors' Motion for Entry of Interim and Final Orders (I) (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; And (II) Granting Related Relief [Docket No. 13].

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors To (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Docket No. 14].

13. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions and (II) Granting Related Relief [Docket No. 15].

14. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief. [Docket No. 16].

   i. Declaration of Adam Dunayer in Support Debtors' Motion to Obtain Postpetition Debtor in Possession Financing and the Debtors' Bidding Procedures Motion [Docket No. 17].

C. First Day Declaration:

15. Declaration of Adrian Frankum, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 18].

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the First Day Motions is scheduled for **July 30, 2024, at 10:30 a.m. (ET)** at the United States Bankruptcy Court

3

4875-6222-8690, v. 4

for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: July 29, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*
Robert A. Weber (I.D. No. 4013)
Mark L. Desgrosseilliers (I.D. No. 4083)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
(302) 295-0196
weber@chipmanbrown.com
desgross@chipmanbrown.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (I.D. No. 2991)
Lindsay C. Barca (pro hac vice pending)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
lindsay.barca@ropesgray.com

*Proposed Counsel to the Debtors and Debtors in Possession*