# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hardinge Inc., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 24-11605 (JKS)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Centre Lane Solutions Partners, LP (the "Centre Lane") hereby enters its appearance by and through their undersigned counsel, Jones Day and Richards, Layton & Finger, P.A., pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that all copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the attorneys listed below at the following addresses, email addresses, and telephone numbers:

| | |
|---|---|
| Mark D. Collins<br>Zachary I. Shapiro<br>Jason M. Madron<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  Collins@rlf.com<br>          Shapiro@rlf.com<br>          Madron@rlf.com | Thomas M. Wearsch<br>Genna Ghaul<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br>Email:  twearsch@jonesday.com<br>         gghaul@jonesday.com<br><br>T. Daniel Reynolds<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Telephone:  (216) 586-3939<br>Facsimile:  (262) 579-0212<br>Email:  tdreynolds@jonesday.com |

RLF1 31282120v.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of Centre Lane to the jurisdiction of the United States Bankruptcy Court for the District of Delaware nor, specifically but not limited to, a waiver of (i) Centre Lane's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto, (ii) Centre Lane's right to have the reference withdrawn by the United States District Court for the District of Delaware in any matter subject to mandatory or discretionary withdrawal or (iii) any other rights, claims, actions, defenses, set-offs, or recoupments to which Centre Lane is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Centre Lane expressly reserves.

[*Remainder of page intentionally left blank.*]

Dated: July 29, 2024
      Wilmington, Delaware

          */s/ Zachary I. Shapiro*
Mark D. Collins (No. 2981)
Zachary I. Shapiro (No. 5103)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701

-and-

Thomas M. Wearsch
Genna Ghaul
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

-and-

T. Daniel Reynolds
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:   (216) 586-3939
Facsimile:   (216) 579-0212

*Co-Attorneys for Centre Lane Solutions Partners, LP*