## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hardinge Inc., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 24-11605 (JKS)<br><br>(Joint Administration Requested)<br><br>**Hearing Date: TBD**<br><br>**Objection Deadline: August 16 at 4:00 p.m. (ET) (REQUESTED)** |

## NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that Hardinge Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") have filed the attached *Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of an Order (I)(A) Approving the Bidding Procedures, Including the Debtors' Entry Into the Stalking Horse APA, the Sale Timeline, and the Form and Manner of Notice Thereof, and (B) Approving the Deadline for Parties in Interest to Provide Notice of Their Intention to Use the Challenge Period to Investigate the Liens and Claims of the Prepetition First Lien Secured Lenders Seeking to Credit Bid at the Auction; (II) Approving the Debtors' (A) Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens Other Than Assumed Liabilities and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidder; and (III) Granting Related Relief* (the "Motion");

     **PLEASE TAKE FURTHER NOTICE** that any objections to the Motion as it pertains to the Debtors' request for the entry of the Bidding Procedures Order (as defined in the Motion) must be filed on or before **August 16, 2024 at 10:00 a.m. (E.T.) (REQUESTED)** (the "Sale Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Sale Objection Deadline.

     **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION AS IT PERTAINS TO THE DEBTORS' REQUEST FOR ENTRY OF THE BIDDING PROCEDURES ORDER WILL BE HELD ON **A DATE TO BE DETERMINED** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Hardinge Ventures LLC (0586); Ohio Tool Works, LLC (7569); Kellenberger Swiss Grinding Machines, LLC (N/A); Hardinge Inc. (0200); Hardinge Technology Systems, Inc. (6427); Forkardt Inc. (4671); and Hardinge Grinding Group Inc. (6173). The Debtors' service address is One Hardinge Drive, Elmira, NY 14902-1507.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION AS IT PERTAINS TO THE DEBTORS' REQUEST FOR ENTRY OF THE BIDDING PROCEDURES ORDER WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: July 29, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*
Robert A. Weber (No. (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: desgross@chipmanbrown.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
Lindsay C. Barca (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: gregg.galardi@ropesgray.com
       lindsay.barca@ropesgray.com

*Proposed Counsel to the Debtors and Debtors in Possession*