## Hardinge Inc. - 24-11605-JKS
## 7/30/24

| First | Middle | Last | Firm | State | Rep | Via |
|---|---|---|---|---|---|---|
| Nova | A. | Alindogan | Ropes & Gray LLP | NY | Ropes & Gray LLP | Video and Audio |
| Rick | | Archer | | NY | Law360 | Audio Only |
| David | T.B. | Audley | Chapman & Cutler LLP | IL | BMO Harris Bank N.A. | Video and Audio |
| Herb | | Baer | | NY | | Audio Only |
| Lindsay | C. | Barca | Ropes & Gray LLP | NY | Hardinge Inc, et al. | Video and Audio |
| Andrew | | Carty | Brown Rudnick LLP | NY | | Audio Only |
| Linda | J. | Casey | Office of United States Trustee | DE | US Trustee | Video and Audio |
| Emma MariaLuz | | Cervantes | Jones Day | NY | Centre Lane Solutions Partners, LP | Video and Audio |
| Steven | | Church | | DE | non party | Audio Only |
| Mark | D. | Collins | Richards, Layton & Finger, P.A. | DE | Centre Lane Solutions Partners, | Video and Audio |
| Caroline | | Croft | | GA | | Video and Audio |
| Mia | D. | D&#039;Andrea | Chapman and Cutler LLP | IL | BMO Harris Bank N.A. | Video and Audio |
| Mark | L. | Desgrosseilliers | Chipman Brown Cicero & Cole, | DE | Debtors | Video and Audio |
| Adam | | Dunayer | Houlihan Lokey | NY | Hardinge Inc, et al. | Video and Audio |
| Jamie | Lynne | Edmonson | Robinson+Cole LLP | DE | Interested Party | Video and Audio |
| Scott | | Flaherty | Debtwire/press outlet | NY | | Audio Only |
| Adrian | | Frankum | Ankura | NY | Hardinge Inc, et al. | Video and Audio |
| Adam | | Friedman | Olshan Frome Wolosky LLP | NY | Privet Fund Management LLC and affiliates | Video and Audio |
| Gregg | M. | Galardi | Ropes & Gray LLP | NY | Hardinge Inc., et al. | Video and Audio |
| Genna | | Ghaul | Jones Day | NY | Centre Lane Solutions Partners, LP | Video and Audio |
| Patrick | | Holohan | Debtwire | NY | | Audio Only |
| Gabrielle | | Jacobson | C Street Advisory Group | NY | Hardinge Inc. | Video and Audio |
| Jeffrey | | Kaplan | | NJ | | Video and Audio |
| Glenn | R | Ledoux | GMN USA | CT | GMN USA | Video and Audio |
| Ryan | | Levenson | Privet Fund Management LLC | GA | Privet Fund Management LLC | Video and Audio |
| Elizabeth | A | Logan | FANUC America Corporation | MI | FANUC America Corporation | Video and Audio |
| Jason | M. | Madron | Richards, Layton & Finger, P.A. | DE | Centre Lane Solutions Partners, LP | Video and Audio |
| James | | McCauley | Richards, Layton & Finger | DE | Centre Lane Solutions Partners, LP | Video and Audio |
| Paul | | Nold | | OH | | Video and Audio |

| Last Name | First Initial | First Name | Firm | State | Representing | Type |
|---|---|---|---|---|---|---|
| Morgan | L. | Patterson | Womble Bond Dickinson (US) | DE | BMO Harris Bank N.A. | Video and Audio |
| Stephen | B | Ravin | Saul Ewing LLP | NJ | potential purchaser | Video and Audio |
| T. Daniel | | Reynolds | Jones Day | OH | Centre Lane Solutions Partners, LP | Video and Audio |
| Zachary | I | Shapiro | Richards, Layton & Finger, P.A. | DE | Centre Lane Solutions Partners, | Video and Audio |
| Eric | M. | Sherman | Ropes & Gray LLP | NY | Hardinge, Inc., et al. | Video and Audio |
| Benjamin | | Steele | Kroll Restructuring Administration LLC | NY | Kroll Restructuring Administration LLC | Video and Audio |
| Jessica | | Steinhagen | | NY | | Audio Only |
| Mariska | | Suparman | Chipman Brown Cicero & Cole | DE | Debtors | Video and Audio |
| Lisa | Bittle | Tancredi | Womble Bond Dickinson (US) | DE | BMO Harris Bank, N.A. | Video and Audio |
| Stephen | R. | Tetro | stetro@chapman.com | Chicago | Hardinge Inc. | Video and Audio |
| DAVID | A | WENDER | Eversheds | GA | Synovus | Video and Audio |
| Matthew | P. | Ward | Womble Bond Dickinson (US) | DE | BMO Harris Bank | Video and Audio |
| Thomas | | Wearsch | Jones Day | NY | Centre Lane Solutions Partners, LP | Video and Audio |
| Robert | Alan | Weber | Chipman Brown Cicero & Cole, | DE | Debtors | Video and Audio |
| Nichole | | Wilcher | Womble Bond Dickinson (US) | DE | BMO Harris Bank N.A. | Video and Audio |
| DOROTEYA | | Wozniak | JAMES BATES BRANNAN GROOVER LLP | GA | | Audio Only |
| Ben | | Zigterman | Law360 | NY | | Audio Only |
| Dale | M | comeaux | Hardinge/Weisser | OH | Hardinge Inc. | Video and Audio |