# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hardinge Inc., *et al.*, | Case No. 24-11605 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 31** |

## CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that, on July 29, 2024 (via e-mail) and July 30, 2024 (via U.S. first class mail), I caused a copy of the following document to be served upon the following parties in the manner indicated:

- *Notice of Appearance and Demand for Notices and Papers* [D.I. 31]

RLF1 31291491v.1

*Via Email & U.S. First Class Mail*
Robert A. Weber
Mark L. Desgrosseilliers
CHIPMAN BROWN CICERO & COLE, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
E-mail: weber@ChipmanBrown.com
   desgross@chipmanbrown.com

*Via Email & U.S. First Class Mail*
Gregg M. Galardi
Lindsay C. Barca
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
E-mail: gregg.galardi@ropesgray.com
   lindsay.barca@ropesgray.com

*Via Email & U.S. First Class Mail*
Linda Casey
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE 19801
E-mail: linda.Casey@usdoj.gov


                                        */s/ Jason M. Madron*
                                        Jason M. Madron (No. 4431)