**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hardinge Inc., *et al.*,[1] | Case No. 24-11605 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Isa Kim, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 10, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Cancellation of Auction and Designation of Stalking Horse APA as the Successful Bid for Certain of the Debtors' Assets [Docket No. 275] (*the **"Notice of Cancellation of Auction and Designation of Stalking Horse APA"***)

- Notice of Extension of Objection Deadline Regarding Debtors' Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code for Entry of an Order (I) Approving the Bidding Procedures, Including the Debtors' Entry Into the Stalking Horse APA, the Sale Timeline, and the Form and Manner of Notice Thereof; (II) Approving the Debtors' (A) Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens Other Than Assumed Liabilities and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to the Successful Bidder; and (III) Granting Related Relief [Docket No. 276] (*the **"Notice of Extension of Objection Deadline"***)

- Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 278]

- Debtors' Motion for Entry of an Order (I) Setting Additional Cure Amounts for Certain Contracts; and (II) Granting Related Relief [Docket No. 279] (*the **"Motion for Entry of an Order Setting Additional Cure Amounts for Certain Contracts"***)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Hardinge Ventures LLC (0586); Ohio Tool Works, LLC (7569); Kellenberger Swiss Grinding Machines, LLC (N/A); Hardinge Inc. (0200); Hardinge Technology Systems, Inc. (6427); Forkardt Inc. (4671); and Hardinge Grinding Group Inc. (6173).  The Debtors' service address is One Hardinge Drive, Elmira, NY 14902-1507.

On September 10, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Cancellation of Auction and Designation of Stalking Horse APA and Notice of Extension of Objection Deadline to be served by the method set forth on the Lienholders Service List attached hereto as **Exhibit B**.

On September 10, 2024, at my direction and under my supervision, employees of Kroll caused the Motion for Entry of an Order Setting Additional Cure Amounts for Certain Contracts and the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit C**.

On September 10, 2024, at my direction and under my supervision, employees of Kroll caused the Motion for Entry of an Order Setting Additional Cure Amounts for Certain Contracts, plus a customized exhibit displaying the unredacted counterparty name, a blank copy which is attached hereto as **Exhibit D**, and the following document to be served via first class mail on the Confidential Notice Parties Service List attached hereto as **Exhibit E**:

- Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors (the "***Assumption Notice***"), plus a customized exhibit displaying the unredacted counterparty name, a blank copy of which is attached hereto as **Exhibit F**

On September 11, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Cure Notice Parties Service List attached hereto as **Exhibit G**:

- Notice of Proposed Sale of Assets, Stalking Horse APA, Bidding Procedures, Auction, and Sale Hearing, a copy of which is attached hereto as **Exhibit H**

On September 12, 2024, at my direction and under my supervision, employees of Kroll caused the Assumption Notice to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit C**.

Dated: September 12, 2024

*/s/ Isa Kim*
Isa Kim

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 12, 2024, by Isa Kim, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 82085, 82115 & 82168

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 CREDITOR | 3M ABRASIVES SYSTEMS DIVISION | ATTN: US CUSTOMER ISSUE RESOLUTION<br>546 ENTERPRISE DRIVE<br>ROYERSFORD PA 19468 | 3m.SIBGcustomercollections.US@mmm.com | Email |
| TOP 30 CREDITOR | ADAPTEC SOLUTIONS LLC | ATTN: LISA GOODBERLET<br>9699 ENTERPRISE DRIVE<br>PAINTED POST NY 14870 | lisa.goodberlet@adaptecsolutions.com | Email |
| TOP 30 CREDITOR | ADVANTAGE METALWORK & FINISHING LLC | ATTN: TRACY SELLERS, ART CARROLL<br>1000 UNIVERSITY AVENUE STE 700<br>ATTN: ACCOUNTS PAYABLE<br>ROCHESTER NY 14607 | tsellers@advantagemetalwork.com<br>acarroll@advantagemetalwork.com | Email |
| TOP 30 CREDITOR | AURORA MACHINE | ATTN: KELSEY HEWITT<br>200 TECH PARK DRIVE<br>ROCHESTER NY 14623 | khewitt@auroramachine.com | Email |
| TOP 30 CREDITOR | BANK OF AMERICA / MERRILL LYNCH, PENSION TRUSTEE | ATTN: ERIC BRUNTON, CFP®, CIMA®<br>INSTITUTIONAL TRUST & CUSTODY SERVICES<br>1400 AMERICAN BLVD<br>PENNINGTON NJ 08534 | eric.brunton@ml.com | Email |
| TOP 30 CREDITOR | BDO USA LLP | ATTN: TRACY GATES<br>PO BOX 642743<br>PITTSBURGH PA 15264-2743 | tgates@bdo.com | Email |
| TOP 30 CREDITOR | BRILLIO LLC | ATTN: AUSTIN HAMILTON<br>399 THORNALL STREET<br>1ST FLOOR<br>EDISON NJ 08837 | Austin.hamilton@brillio.com | Email |
| TOP 30 CREDITOR | BRINKMANN PUMPS, INC. | ATTN: DAWN CARZOLI<br>47060 CARTIER DRIVE<br>WIXOM MI 48393 | DCarzoli@brinkmannpumps.com | Email |
| COUNSEL TO NN, INC. | BROOKS WILKINS SHARKEY & TURCO PLLC | ATTN: MATTHEW E. WILKINS<br>401 S. OLD WOODWARD AVENUE<br>SUITE 400<br>BIRMINGHAM MI 48009 | wilkins@bwst-law.com | Email |
| TOP 30 CREDITOR | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: ASYA HOWARD<br>PO BOX 503089<br>ST LOUIS MO 63150-3089 | Asya.Howard@bclplaw.com | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | schristianson@buchalter.com | Email |
| COUNSEL TO THE PREPETITION AGENT | CHAPMAN AND CUTLER LLP | ATTN: DAVID T. AUDLEY<br>320 S. CANAL STREET<br>CHICAGO IL 60606 | audley@chapman.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BMO BANK, N.A. | CHAPMAN AND CUTLER LLP | ATTN: DAVID T.B. AUDLEY, STEPHEN R. TETRO, AND MIA D. D'ANDREA<br>320 SOUTH CANAL STREET<br>27TH FLOOR<br>CHICAGO IL 60606 | audley@chapman.com<br>stetro@chapman.com<br>dandrea@chapman.com | Email |
| PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | CHIPMAN BROWN CICERO & COLE, LLP | ATTN: ROBERT A. WEBER, MARK L. DESGROSSEILLIERS, & MARISKA SUPARMAN<br>HERCULES PLAZA<br>1313 N. MARKET STREET, SUITE 5400<br>WILMINGTON DE 19801 | weber@chipmanbrown.com<br>desgross@chipmanbrown.com<br>suparman@chipmanbrown.com | Email |
| TOP 30 CREDITOR | CLAUSING SERVICE CENTER | ATTN: PRESIDENT OR GENERAL COUNSEL<br>3963 EMERALD DRIVE<br>KALAMAZOO MI 49001 | | First Class Mail |
| TOP 30 CREDITOR | DOUGHERTY CHARLES | ATTN: CHARLES DOUGHERTY<br>408 TAMWORTH COURT<br>BLUE BELL PA 19422 | doughertychuck@gmail.com | Email |
| COUNSEL TO LASALLE INVESTMENT MANAGEMENT, INC. AND JLLX ELGIN DISTRIBUTION CENTER, DST | DYKEMA | ATTN: PATRICK L. HUFFSTICKLER<br>112 E. PECAN STREET<br>SUITE 1800<br>SAN ANTONIO TX 78205 | phuffstickler@dykema.com | Email |
| TOP 30 CREDITOR | FANUC AMERICA CORPORATION | ATTN: VIRESH PATEL<br>1800 LAKEWOOD BLVD<br>HOFFMAN ESTATES IL 60192 | viresh.patel@fanucamerica.com | Email |
| TOP 30 CREDITOR | FISCHER USA INC | ATTN: MASON DEGROOT<br>3715 BLUE RIVER AVE<br>RACINE WI 53405 | mason.degroot@fischerspindle.com | Email |
| TOP 30 CREDITOR | FLANNERY MACHINE & TOOL INC | ATTN: KEN FLANNERY<br>8420 US 131<br>MANCELONA MI 49659 | ken@flannerymachine.com | Email |
| TOP 30 CREDITOR | FOREFRONT MACHINING TECHNOLOGIES INC | ATTN: PAUL NOLD<br>731 ABERCORN COURT<br>CENTERVILLE OH 45458 | paul.nold@forefrontmachining.com | Email |
| TOP 30 CREDITOR | GLOBAL TAX MANAGEMENT INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>656 E SWEDESFORD RD<br>WAYNE PA 19087 | GTMFinSS@gtmtax.com | Email |
| TOP 30 CREDITOR | GMN USA LLC | ATTN: KONSTANTIN POSEHN<br>181 BUSINESS PARK DR<br>BRISTOL CT 06010 | info@gmnusa.com | Email |
| TOP 30 CREDITOR | HARTWIG | ATTN: PRESIDENT OR GENERAL COUNSEL<br>500 W WHITE STREET-FM 455<br>ANNA TX 75409 | | First Class Mail |

In re: Hardinge Inc., et al.
Case No. 24-11605 (JKS)

Page 2 of 6

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 CONSTITUTION AVE., NW<br>WASHINGTON DC 20224 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO AURORA MACHINE, DOUGHERTY CHARLES AND PREFERED STRATEGIES | JACK SHRUM, P.A. | ATTN: "J" JACKSON SHRUM<br>919 N. MARKET ST<br>SUITE 1410<br>WILMINGTON DE 19801 | jshrum@jshrumlaw.com | Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDERS | JONES DAY | ATTN: JOHN D. CASAIS<br>100 HIGH STREET<br>BOSTON MA 02110 | jcasais@jonesday.com | Email |
| COUNSEL TO CENTRE LANE SOLUTIONS PARTNERS, LP | JONES DAY | ATTN: T. DANIEL REYNOLDS<br>NORTH POINT<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114-1190 | tdreynolds@jonesday.com | Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDERS | JONES DAY | ATTN: THOMAS M. WEARSCH AND GENNA GHAUL<br>250 VESEY STREET<br>NEW YORK NY 10281 | twearsch@jonesday.com<br>gghaul@jonesday.com | Email |
| COUNSEL TO CENTRE LANE SOLUTIONS PARTNERS, LP | JONES DAY | ATTN: THOMAS M. WEARSCH AND GENNA GHAUL<br>250 VESEY STREET<br>NEW YORK NY 10281-1047 | twearsch@jonesday.com<br>gghaul@jonesday.com | Email |
| TOP 30 CREDITOR | KLAPPERICH TOOL INC | ATTN: CINDI<br>857 SCHNEIDER DRIVE<br>SOUTH ELGIN IL 60177 | cindi@klapperichtool.com | Email |
| TOP 30 CREDITOR | LINCOLN PARK BORING COMPANY | ATTN: NANCY YESUE<br>28089 WICK ROAD<br>ROMULUS MI 48174 | Nancy@lincolnparkboring.com | Email |
| TOP 30 CREDITOR | MAIN STREET APPS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>8221 QUAKER RIDGE COURT<br>WEST CHESTER OH 45069 | accounting@mainstreetdbas.com | Email |
| TOP 30 CREDITOR | MARPOSS CORPORATION | ATTN: KEN BERESNIEWICZ<br>3300 CROSS CREEK PKWY<br>AUBURN HILLS MI 48326 | Ken.Beresniewicz@us.marposs.com | Email |
| COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN, KRISTIN K GOING<br>ONE VANDERBILT AVENUE<br>NEW YORK NY 100017 | dazman@mwe.com<br>kgoing@mwe.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & EMERY LLP | ATTN: DAVID R HURST, MARIS J KANDESTIN THE BRANDYWINE BUILDING 1000 N WEST STREET SUITE 1400 WILMINGTON DE 19801 | dhurst@mwe.com mkandestin@mwe.com | Email |
| COUNSEL TO CHRISTOPHER TOOL & MFG. CO. | MCGIBBONS LAW | ATTN: M. COLETTE GIBBONS 28841 WEYBRIDGE DRIVE SUITE 2100 WESTLAKE OH 44145 | colette@mcgibbonslaw.com | Email |
| COUNSEL TO LASALLE INVESTMENT MANAGEMENT, INC. AND JLLX ELGIN DISTRIBUTION CENTER, DST | MORRIS JAMES LLP | ATTN: CARL N. KUNZ, III, CHRISTOPHER M. DONNELLY 500 DELAWARE AVENUE SUITE 1500 WILMINGTON DE 19801 | ckunz@morrisjames.com cdonnelly@morrisjames.com | Email |
| TOP 30 CREDITOR | MOTION AI DBA BRAAS | ATTN: JOSEPH NASCA 7350 GOLDEN TRIANGLE DRIVE EDEN PRAIRIE MN 55344 | Joseph.Nasca@motion.com | Email |
| TOP 30 CREDITOR | NEXGEN DATA SOLUTIONS | ATTN: SHAWN BURNS 2097 DEEP MEADOW LANE LANSDALE PA 19446 | | First Class Mail |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: LINDA CASEY J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207, LOCKBOX 35 WILMINGTON DE 19801 | linda.casey@usdoj.gov | Email |
| COUNSEL TO PRIVET | OLSHAN FROME WOLOSKY LLP | ATTN: ADAM H. FRIEDMAN 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 | afriedman@olshanlaw.com | Email |
| PENSION BENEFIT GUARANTY CORPORATION | PENSION BENEFIT GUARANTY CORPORATION | ATTN: WILLIAM MABRY IV, CASSANDRA BURTON OFFICE OF THE GENERAL COUNSEL 445 12TH STREET, S.W. WASHINGTON DC 20024 | mabry.william1@pbgc.gov burton.cassandra@pbgc.gov efile@pbgc.gov | Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDERS | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS AND ZACHARY I. SHAPIRO 920 N. KING STREET WILMINGTON DE 19801 | collins@rlf.com shapiro@rlf.com | Email |
| COUNSEL TO CENTRE LANE SOLUTIONS PARTNERS, LP | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, ZACHARY I. SHAPIRO, AND JASON M. MADRON ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 | Collins@rlf.com Shapiro@rlf.com Madron@rlf.com | Email |
| PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | ROPES & GRAY LLP | ATTN: GREGG M. GALARDI & LINDSAY C. BARCA 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 | gregg.galardi@ropesgray.com lindsay.barca@ropesgray.com | Email |

In re: Hardinge Inc., et al.
Case No. 24-11605 (JKS)

Page 4 of 6

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 CREDITOR | SAP AMERICA INC | ATTN: SAP CUSTOMER SERVICE TEAM<br>PO BOX 734595<br>CHICAGO IL 60673-4595 | SAP.Americas.E-Billing@sap.com | Email |
| TOP 30 CREDITOR | SIEMENS INDUSTRY INC | ATTN: MATT LORIG<br>390 KENT AVE.<br>ELK GROVE VILL IL 60007 | matt.lorig@siemens.com | Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | attorney.general@state.de.us | Email |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | webmaster@atg.state.il.us | Email |
| COUNSEL TO WESTLAKES KPG III, LLC | STRADLEY RONON STEVENS & YOUNG LLP | ATTN: DANIEL M. PEREIRA<br>2005 MARKET STREET<br>SUITE 2600<br>PHILADELPHIA PA 19103 | dpereira@stradley.com | Email |
| TOP 30 CREDITOR | TEIKOKU CHUCK CO LTD YEN | ATTN: KAYOKO ISHIYAMA ON BEHALF OF SHIGERU HASHIUCHI<br>12-2 SHIN-YOKOHAMA<br>2 CHOME KOUHAKU-KU<br>YOKOHAMA JAPAN | foreign2@bird.ocn.ne.jp | Email |
| U.S. ATTORNEY FOR THE DISTRICT OF DELAWARE | U.S. ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS & ELLEN SLIGHTS<br>U.S. ATTORNEY'S OFFICE<br>1313 N MARKET STREET, SUITE 400<br>WILMINGTON DE 19801 | | First Class Mail |
| TOP 30 CREDITOR | UE ENCLOSURES | ATTN: UE ACCOUNTING TEAM<br>605 ESSEX COUNTRY ROAD 18<br>LEAMINGTON ON N8H 3V5 CANADA | accounting@uecan.com | Email |
| TOP 30 CREDITOR | WASSERMANN TECHNOLOGIE GMBH | ATTN: TIZIAN GRÖSCH<br>INDUSTREIPARK RHON BURGERMESITER-EBERT-STRABE 5<br>EICHENZELL GERMANY | t.groesch@wassermann-technologie.de | Email |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | ATTN: BANKRUPTCY ADMINISTRATION<br>PO BOX 13708<br>MACON GA 31208-3708 | bankruptcy@leasingconnection.com | Email |
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | WELLS FARGO VENDOR FINANCIAL SERVICES, LLC | ATTN: CHRISTINE R. ETHERIDGE<br>1738 BASS ROAD<br>MACON GA 31210 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE PREPETITION AGENT | WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD<br>1313 N. MARKET STREET, SUITE 1200<br>WILMINGTON DE 19801 | matthew.ward@wbd-us.com | Email |
| COUNSEL TO BMO BANK, N.A. | WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD AND MORGAN L. PATTERSON<br>1313 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| COUNSEL TO PRIVET FUND MANAGEMENT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ROBERT S. BRADY, ROBERT F. POPPITI, JR.<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | rbrady@ycst.com<br>rpoppiti@ycst.com | Email |

In re: Hardinge Inc., et al.
Case No. 24-11605 (JKS)

Page 6 of 6

**Exhibit B**

Exhibit B
Lienholders Service List
Served as set forth below

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| 29008866 | Bank of Montreal (BMO) | 111 W. Monroe | Chicago | IL | 60603 | | First Class Mail |
| 29008980 | BMO Bank National Association | 320 S CANAL STREET | CHICAGO | IL | 60606 | | First Class Mail |
| 29007749 | BMO Harris Bank N.A. | 111 W Monroe St | Chicago | IL | 60603 | tonya.bragg@bmo.com | First Class Mail and Email |
| 29007755 | BMO Harris Bank N.A., as Administrative Agent | 111 W Monroe St | Chicago | IL | 60603 | tonya.bragg@bmo.com | First Class Mail and Email |
| 29009215 | CARGO MODULES LLC | ATTN: DANIAL ROSA 10 E MERRICK RD, SUITE 209 | VALLEY STREAM | NY | 11580 | Daniel.rosa@cargomodules.com | First Class Mail and Email |
| 29008026 | Centre Lane Partners V.L.P | 60 EAST 42nd STREET SUITE 2220 | NEW YORK | NY | 10165 | | First Class Mail |
| 29009311 | CHICAGO TRAILER AND POOL CORP | 9N586 IL ROUTE 25 | ELGIN | IL | 60120 | | First Class Mail |
| 29006821 | Dell Financial Services L.L.C. | PO BOX 5292 | CAROL STREAM | IL | 60197-5292 | | First Class Mail |
| 29006876 | DIAMOND RIGGING CORPORATION | 680 KINGSLAND DRIVE | BATAVIA | IL | 60510 | | First Class Mail |
| 29010091 | Five-Lakes Financial dba Tech Financial Services | 840 N 3rd Street Suite 500 | Milwaukee | WI | 53203 | | First Class Mail |
| 29003324 | Georgia Banking Company | 1776 PEACHTREE NE SUITE 300 | ATLANTA | GA | 30309 | | First Class Mail |
| 29004010 | Keybank National Association | 127 PUBLIC SQUARE | CLEVELAND | OH | 44114 | | First Class Mail |
| 29000384 | Manufacturers and Traders Trust Company | ONE M&T PLAZA 345 MAIN STREET | BUFFALO | NY | 14203 | | First Class Mail |
| 29000738 | MUFG Union Bank, N.A. | 1251 Avenue of the Americas | New York | NY | 10020-1104 | | First Class Mail |
| 29001296 | Privet Fund Management | 3280 PEACHTREE RD NE # 2670 | ATLANTA | GA | 30305 | | First Class Mail |
| 29001860 | SINCLAIR & RUSH VISIPAK | 2501 CASSENS DR. | FENTON | MO | 63026 | AR@sinclair_Rush.com | First Class Mail and Email |
| 29002027 | Sterling Commercial Credit, LLC | 10559 Citation Dr # 204 | Brighton | MI | 48116 | | First Class Mail |
| 29002145 | Synovus Bank | 1111 BAY AVENUE | COLUMBUS | GA | 31907 | | First Class Mail |
| 29002208 | TECHNICAL TRAFFIC CONSULTANTS CORP | ATTN: LEACH ANOLIN, DIRECTOR OF OPERATIONS PO BOX 1606 | PEARL RIVER | NY | 10965 | leaha@technicaltraffic.com | First Class Mail and Email |
| 29006306 | U.S. Bank Equipment Finance | 800 Nicollet Mall | Minneapolis | MN | 55402 | | First Class Mail |
| 29006351 | UPS Canada | 55 Glenlake Parkway, N.E. | Atlanta | GA | 30328 | | First Class Mail |
| 29002498 | US CUSTOMS | REVENUE DIVISION 6650 TELECOM DRIVE | INDIANAPOLIS | IN | 46278 | ACH-Customs@cbp.dhs.gov | First Class Mail and Email |
| 29006560 | White Oak Global Advisors | 3 EMBARCADERO CENTER 5TH FLOOR | SAN FRANCISCO | CA | 94111 | | First Class Mail |
| 29002800 | Xerox Financial Services | PO BOX 202882 | DALLAS | TX | 75320 | | First Class Mail |

**Exhibit C**

Exhibit C
Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 29295137 | AmTav Corporate Travel | 1021 W. Adams St. | Suite #300 | | Chicago | IL | 60607 | |
| 29009007 | BONADIO GROUP | 171 SULLY'S TRAIL | | | PITTSFORD | NY | 14534 | |
| 29295145 | Capital Steel & Wire, Inc. | 240 S. Bridge St | Suite 300 | | Dewitt | MI | 48820 | |
| 29288197 | CFO SOLUTIONS LLC | Attn: General Counsel | 6 University Dr | Ste 206-209 | Amherst | MA | 01002 | |
| 29288214 | FIS AVANTGARD LLC | Attn: General Counsel | 347 Riverside Ave | | Jacksonville | FL | 32202 | |
| 29295125 | Gartner, Inc | 56 Top Gallant Road | | | Stamford | CT | 06902-7700 | |
| 29295146 | Genova Group, LLC | 1601 Market St, F19 | | | Philadelphia | PA | 19103 | |
| 29003377 | GOSIGER INC | 108 MCDONOUGH ST | | | DAYTON | OH | 45402 | |
| 29295129 | Haskins Gardens LLC | 221 Lynwood Ave | | | Elmira Heights | NY | 14903 | |
| 29295135 | Hemaq, SA de C.V. | J Cantu Garcia 601 | Col Garza Cantu | | San Nicholas de Los Garza, N.L. | | 66480 | Mexico |
| 29295134 | Iron Mountain | 1 Federal Street | | | Boston | MA | 02110 | |
| 29295136 | Kennametal, Inc | 525 William Penn Place | Suite 3300 | | Pittsburgh | PA | 15219 | |
| 29000079 | KRC MACHINE TOOL SOLUTIONS | 10065 TOEBBEN DRIVE | | | INDEPENDENCE | KY | 41051 | |
| 29004333 | MACTECH ENGINEERING | 32F VEERASONDRA INDUSTRIAL AREA | HOSUR ROAD | | BENGALURU | | 560100 | INDIA |
| 29004666 | Customer name on file | Address on file | | | | | | |
| 29295142 | Panmachine Comercio, Importacao e Exportacao Ltda | Eurico Ambrogi Santos Ave, 1300 | | | Piracangaguá Neighborhood Taubaté SP | | 12042-010 | Brazil |
| 29295141 | Pan-Metal Industria Metalurgica Ltda | Eurico Ambrogi Santos Ave, 1300 1300 | | | Jardim Santa Teresa Taubaté SP | | 12042-010 | Brazil |
| 29001214 | POSTLER & JAECKLE CORPORATION | 615 SOUTH AVE | | | ROCHESTER | NY | 14620 | |
| 29295130 | Power Authority of the State of New York | 30 South Pearl Street | 10th Floor | | Albany | NY | 12207-3425 | |
| 29295126 | PRIVET FUND MANAGEMENT LLC | 79 WEST PACES FERRY ROAD | 2nd Floor | | ATLANTA | GA | 30305 | |
| 29295128 | Securitas Security Services USA, Inc. | 345 Harry L. drive | | | Johnson City | NY | 13790 | |
| 29295131 | Technical Traffic Consultants Corp. | 30 Hemlock Drive | | | Congers | NY | 10920 | |
| 29295132 | United Parcel Service Inc. | 425 Commerce Rd | | | Vestal | NY | 13850 | |
| 29295143 | YMT LTD | Tuscan House George Smith Way | Lufton Trading Estate | | Yeovil Somerset | | BA22 8QR | England |

**Exhibit D**

**Hardinge Inc., et. al. (Case No. 24-11605)**
**Subject Contracts and Leases and Cure Amounts**

| # | Case Number | Debtor | Contract Counterparty | Description of Contract or Lease | Revised Cure Amount |
|---|---|---|---|---|---|

**Exhibit E**

## Exhibit E
Confidential Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 29288198 | Name on file | Address on file |
| 29003510 | Name on file | Address on file |
| 29288278 | Name on file | Address on file |

**Exhibit F**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hardinge Inc., *et al.*,[1] | Case No. 24-11605 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 35, 194, 279 |

**NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT WITH RESPECT
TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

**PLEASE TAKE NOTICE THAT:**

The above-captioned debtors and debtors-in-possession (the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), on July 29, 2024, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are seeking to assume and assign certain of their executory contracts and unexpired leases in connection with the sale (the "Sale") of all or substantially all of their assets (the "Assets"), free and clear of all Liens other than Assumed Liabilities (each as defined in the Stalking Horse APA, as defined below)[2] pursuant to the order, dated August 21, 2024 [Docket No. 194] (the "Bidding Procedures Order") and certain "Bidding Procedures" that govern the sale of the Assets to the highest or otherwise best bidders. In connection with the Sale, the Debtors have entered into an asset purchase agreement dated as of August 23, 2024 (the "Stalking Horse APA") with Honing US Holdings, LLC, subject to the Debtors' acceptance of higher or otherwise better offers in accordance with the Bidding Procedures. In accordance with the Bidding Procedures Order, on September 10, 2024, the Debtors filed the *Notice of Cancellation of Auction and Designation of Stalking Horse APA as the Successful Bid for Certain of the Debtors' Assets* [Docket No. 275], noting that the Debtors did not receive any Qualified Bids other than the Stalking Horse APA and the Debtors have designated the Stalking Horse Purchaser as the Successful Bid with the potential for the Debtors' assets related to the Debtors' Ohio Tool Works business to be sold to Ohio Tool Work, LLC (the "OTW Bidder").

**You are receiving this notice because you or one of your affiliates may be a party to an unexpired lease or an executory contract that *may* be assumed and assigned (collectively,**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Hardinge Inc. (0200); Ohio Tool Works, LLC (7569); Hardinge Technology Systems, Inc. (6427); Hardinge Grinding Group Inc. (6173); Forkardt Inc. (4671); Hardinge Ventures LLC (0586); and Kellenberger Swiss Grinding Machines, LLC (N/A).  The Debtors' service address is One Hardinge Drive, Elmira, NY 14902-1507.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order (as defined below).

the "<u>Purchased Contracts</u>") in connection with such Sale.  A list of the Purchased Contracts is attached hereto as <u>Exhibit A</u>.

To the extent that a Contract Counterparty objects to adequate assurance of performance by the Stalking Horse Purchaser or the OTW Bidder, the Contract Counterparty must file and serve an objection (an "<u>Adequate Assurance Objection</u>").  Any Adequate Assurance Objection shall: (i) be in writing; (ii) comply with the Bankruptcy Rules and the Local Rules; (iii) be filed with the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 by <u>September 23, 2024, at 4:00 p.m. (ET)</u> (the "<u>Sale Objection Deadline</u>"), and proof of service of such Adequate Assurance Objection upon the Objection Notice Parties shall be filed with the Court as and when required by the Local Rules; (iv) be served upon the Objection Notice Parties; and (v) state with specificity the grounds for such objection.

The "<u>Objection Notice Parties</u>" are as follows: (a) co-counsel to the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036 (Attn: Gregg M. Galardi and Lindsay C. Barca, email: gregg.galardi@ropesgray.com and lindsay.barca@ropesgray.com); and Chipman Brown Cicero & Cole LLP, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801 (Attn: Robert A. Weber and Mark L. Desgrosseilliers; email: weber@chipmanbrown.com and desgross@chipmanbrown.com); (b) the U.S. Trustee, 844 N. King Street, Room 2207, Wilmington, Delaware 19801 (Attn: Linda Casey, email: linda.casey@usdoj.com); (c) counsel to the DIP Secured Parties, the Prepetition Lenders, and the Stalking Horse Agent, (i) Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Thomas M. Wearsch and Genna L. Ghaul, email: twearsch@jonesday.com and gghaul@jonesday.com) and (ii) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: Mark D. Collins and Zachary I. Shapiro, email: collins@rlf.com and shapiro@rlf.com); (b) counsel to the Prepetition Agent, Chapman and Cutler LLP, 320 S. Canal Street, Chicago, IL 60606 (Attn: David T. Audley, email: audley@chapman.com); and (d) proposed counsel to the Committee, McDermott Will & Emery LLP, The Brandywine Building 1000 N. West Street, Suite 1400 Wilmington, Delaware 19801 (Attn: David R. Hurst and Maris J. Kandestin, email: dhurst@mwe.com and mkandestin@mwe.com), and One Vanderbilt Avenue, New York New York 10017 (Attn: Darren Azman and Kristin Going, email: dazman@mwe.com and kgoing@mwe.com).

**If no timely objection is received as to adequate assurance of future performance with respect to a Purchased Contract, the non-Debtor party to such Purchased Contract shall be deemed to have consented to the Court determining that adequate assurance of future performance has been sufficiently demonstrated and shall be forever barred and estopped from asserting or claiming that the requirement of adequate assurance of future performance is not satisfied or demonstrated.**

Dated: September 10, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*

Robert A. Weber (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: weber@chipmanbrown.com
       desgross@chipmanbrown.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
Lindsay C. Barca (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: gregg.galardi@ropesgray.com
      lindsay.barca@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*

**EXHIBIT A TO ASSUMPTION NOTICE**

**Hardinge Inc., et. al. (Case No. 24-11605)**
**Subject Contracts and Leases and Cure Amounts**

| # | Case Number | Debtor | Contract Counterparty | Description of Contract or Lease | Revised Cure Amount |
|---|---|---|---|---|---|

**Exhibit G**

Exhibit G

Cure Notice Parties Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 29295137 | AmTav Corporate Travel | 1021 W. Adams St. | Suite #300 | | Chicago | IL | 60607 | |
| 29009007 | BONADIO GROUP | 171 SULLY'S TRAIL | | | PITTSFORD | NY | 14534 | |
| 29295145 | Capital Steel & Wire, Inc. | 240 S. Bridge St | Suite 300 | | Dewitt | MI | 48820 | |
| 29288197 | CFO SOLUTIONS LLC | Attn: General Counsel | 6 University Dr | Ste 206-209 | Amherst | MA | 01002 | |
| 29288198 | Name on file | Address on file | | | | | | |
| 29288214 | FIS AVANTGARD LLC | Attn: General Counsel | 347 Riverside Ave | | Jacksonville | FL | 32202 | |
| 29295125 | Gartner, Inc | 56 Top Gallant Road | | | Stamford | CT | 06902-7700 | |
| 29295146 | Genova Group, LLC | 1601 Market St, F19 | | | Philadelphia | PA | 19103 | |
| 29003377 | GOSIGER INC | 108 MCDONOUGH ST | | | DAYTON | OH | 45402 | |
| 29003510 | Name on file | Address on file | | | | | | |
| 29295129 | Haskins Gardens LLC | 221 Lynwood Ave | | | Elmira Heights | NY | 14903 | |
| 29295135 | Hemaq, SA de C.V. | J Cantu Garcia 601 | Col Garza Cantu | | San Nicholas de Los Garza, N.L. | | 66480 | Mexico |
| 29295134 | Iron Mountain | 1 Federal Street | | | Boston | MA | 02110 | |
| 29295136 | Kennametal, Inc | 525 William Penn Place | Suite 3300 | | Pittsburgh | PA | 15219 | |
| 29000079 | KRC MACHINE TOOL SOLUTIONS | 10065 TOEBBEN DRIVE | | | INDEPENDENCE | KY | 41051 | |
| 29004333 | MACTECH ENGINEERING | 32F VEERASONDRA INDUSTRIAL AREA | HOSUR ROAD | | BENGALURU | | 560100 | INDIA |
| 29004666 | Customer name on file | Address on file | | | | | | |
| 29295142 | Panmachine Comercio, Importacao e Exportacao Ltda | Eurico Ambrogi Santos Ave, 1300 | | | Piracangaguá Neighborhood Taubaté SP | | 12042-010 | Brazil |
| 29295141 | Pan-Metal Industria Metalurgica Ltda | Eurico Ambrogi Santos Ave, 1300 1300 | | | Jardim Santa Teresa Taubaté SP | | 12042-010 | Brazil |
| 29001214 | POSTLER & JAECKLE CORPORATION | 615 SOUTH AVE | | | ROCHESTER | NY | 14620 | |
| 29295130 | Power Authority of the State of New York | 30 South Pearl Street | 10th Floor | | Albany | NY | 12207-3425 | |
| 29295126 | PRIVET FUND MANAGEMENT LLC | 79 WEST PACES FERRY ROAD | 2nd Floor | | ATLANTA | GA | 30305 | |
| 29295128 | Securitas Security Services USA, Inc. | 345 Harry L. drive | | | Johnson City | NY | 13790 | |
| 29288278 | Name on file | Address on file | | | | | | |
| 29295131 | Technical Traffic Consultants Corp. | 30 Hemlock Drive | | | Congers | NY | 10920 | |
| 29295132 | United Parcel Service Inc. | 425 Commerce Rd | | | Vestal | NY | 13850 | |
| 29295143 | YMT LTD | Tuscan House George Smith Way | Lufton Trading Estate | | Yeovil Somerset | | BA22 8QR | England |

**Exhibit H**

SRF 82115

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Hardinge Inc., *et al.*,[1] | Case No. 24-11605 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 35, 194, 217** |

### NOTICE OF PROPOSED SALE OF
### ASSETS, STALKING HORSE APA, BIDDING
### PROCEDURES, AUCTION, AND SALE HEARING

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), on July 29, 2024, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are seeking to sell (the "Sale") all or substantially all of their assets (the "Assets"), free and clear of all Liens other than Assumed Liabilities (each as defined in the Stalking Horse APA, as defined below).[2] In connection with the Sale, the Debtors have entered into an asset purchase agreement dated as of August 23, 2024 (the "Stalking Horse APA"), with Honing US Holdings, LLC, subject to the Debtors' acceptance of higher or otherwise better offers in accordance with the Bidding Procedures (as defined below).

### *Summary of Key Dates Established by Bidding Procedures*

| Date | Event or Deadline | Description |
|---|---|---|
| Sale Objection Deadline | September 9, 2024, at 4:00 p.m. (ET) | Deadline by which general objections to the sale must be filed with the Court and served so as to be actually received by the appropriate notice parties (the "Sale Objection Deadline"). |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Hardinge Inc. (0200); Ohio Tool Works, LLC (7569); Hardinge Technology Systems, Inc. (6427); Hardinge Grinding Group Inc. (6173); Forkardt Inc. (4671); Hardinge Ventures LLC (0586); and Kellenberger Swiss Grinding Machines, LLC (N/A). The Debtors' service address is One Hardinge Drive, Elmira, NY 14902 1507.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order and Bidding Procedures (each as defined below).

| Date | Event or Deadline | Description |
|---|---|---|
| Deadline for Acceptable Bidders to Submit Bids | September 9, 2024, at 5:00 p.m. (ET) | Deadline for when the Debtors must ***actually receive*** binding bids from parties. |
| Auction (if necessary) | September 10, 2024, at 11:00 a.m. (ET) | Date for when an Auction for the Assets will be conducted, if necessary. The Auction will be conducted at the office of Ropes & Gray LLP, 1211 6th Avenue, New York New York 10036 or via remote video at the Debtors' election. |
| Deadline to file Successful Bidder Notice | As soon as reasonably practicable after the close of the Auction | Deadline by which the Debtors will file with the Court the Successful Bidder Notice. |
| Deadline to Object to Ability of the Winning Bidder (other than Stalking Horse Purchaser) to Provide Adequate Assurance / Conduct of Auction | At the Sale Hearing (September 13, 2024, at 11:00 a.m. (ET)) | Deadline to Object to Ability of the Winning Bidder (other than Stalking Horse Purchaser) to Provide Adequate Assurance / Conduct of Auction |
| Sale Hearing | September 13, 2024, at 11:00 a.m. (ET) | Date for the hearing to consider the approval of the Sale Order |
| Entry of the Sale Order | September 13, 2024 | Date for the approval of the Sale Order |
| Closing of the Sale | September 17, 2024 | Date on which the transactions approved pursuant to the Sale order will close |

PLEASE TAKE FURTHER NOTICE that by order, dated August 21, 2024 [Docket No. 194] (the "Bidding Procedures Order"), the Bankruptcy Court approved certain relief requested in the related motion [Docket No. 35] (the "Bidding Procedures Motion"), and certain "Bidding Procedures" that govern the sale of the Assets to the highest or otherwise best bidders.  Copies of the Bidding Procedures Motion, the Bidding Procedures Order, the Bidding Procedures and the Stalking Horse APA are available for download at https://cases.ra.kroll.com/Hardinge/ (the "Case Website") or from the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, via telephone at 833-307-3792 (US & Canada toll free) and +1 646-809-1790 (International) or via email to HardingeTeam@ra.kroll.com.  A separate notice will be provided to counterparties to executory contracts and unexpired leases with the Debtors that may be assumed and assigned in connection with the Sale.  **Any interested bidder should contact the Debtors' proposed investment banker to the Debtors, Houlihan Lokey, 2601 Olive St, Suite**

2500, Dallas, Texas 75201, Attn: Adam L. Dunayer (adunayer@HL.com), Jim Georgeadis (JGeorgeadis@HL.com), and HL team (HLProjectHOning@HL.com).

PLEASE TAKE FURTHER NOTICE that the deadline to submit a bid for any Assets is **September 9, 2024, at 4:00 p.m. (E.T.)**.

PLEASE TAKE FURTHER NOTICE that an auction for the Assets, unless cancelled or adjourned in accordance with the Bidding Procedures Order, will be held on **September 10, 2024, at 11:00 a.m. (E.T.)**, at the offices of Ropes & Gray LLP, 1211 6th Avenue, New York, NY 10036, or virtually via telephone and/or video conference pursuant to information to be timely provided by the Debtors to the Auction Participants.

PLEASE TAKE FURTHER NOTICE that unless adjourned in accordance with the Bidding Procedures Order, the Bankruptcy Court will conduct a hearing (the "Sale Hearing") to consider the Sale on **September 13, 2024, at 11:00 a.m. (E.T.)**, subject to the Bankruptcy Court's availability.

PLEASE TAKE FURTHER NOTICE that any objections to the Sale or the relief requested in connection with the Sale, including any objection to the sale of any Purchased Assets free and clear of liens, claims, interests, and encumbrances pursuant to section 363(f) of the Bankruptcy Code, the identity of the Stalking Horse Purchaser, or the adequate assurance of future performance by the Stalking Horse Purchaser but not including objections related to cure amounts for the Purchased Contracts or general objections to the assumption and assignment of the Purchased Contracts (each, a "Sale Objection"), must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the specific basis for the Sale Objection; (d) be filed with the Clerk of this Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Clerk"), and proof of service of such Sale Objection upon the Objection Notice Parties (as defined below) shall be filed with the Court as and when required by the Local Rules; and (e) be served upon the Objection Notice Parties. Sale Objections must be filed with the Clerk **on or before 4:00 p.m. (E.T.) on September 9, 2024** (the "Sale Objection Deadline"). Objections as to adequate assurance of future performance by a purchaser that is not the Stalking Horse Purchaser or the conduct of the Auction may be raised at the Sale Hearing on **September 13, 2024 at 11:00 a.m. (ET)**.

The "Objection Notice Parties" are as follows: (a) proposed co-counsel to the Debtors, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036 (Attn: Gregg M. Galardi and Lindsay C. Barca, email: gregg.galardi@ropesgray.com and lindsay.barca@ropesgray.com); and Chipman Brown Cicero & Cole LLP, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801 (Attn: Robert A. Weber and Mark L. Desgrosseilliers; email: weber@chipmanbrown.com and desgross@chipmanbrown.com); (b) the U.S. Trustee, 844 N. King Street, Room 2207, Wilmington, Delaware 19801 (Attn: Linda Casey, email: linda.casey@usdoj.com); (c) counsel to the DIP Secured Parties, the Prepetition Lenders, and the Stalking Horse Purchaser, (i) Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Thomas M. Wearsch and Genna L. Ghaul, email: twearsch@jonesday.com and gghaul@jonesday.com) and (ii) Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801, Attn: Mark D. Collins and Zachary I. Shapiro, email: collins@rlf.com and shapiro@rlf.com); (b) counsel to the Prepetition Agent, Chapman and Cutler LLP, 320 S. Canal Street, Chicago, IL 60606 (Attn: David T. Audley, email:

audley@chapman.com); and (d) proposed counsel to the Committee, McDermott Will & Emery LLP, The Brandywine Building 1000 N. West Street, Suite 1400 Wilmington, Delaware 19801 (Attn: David R. Hurst and Maris J. Kandestin, email: dhurst@mwe.com and mkandestin@mwe.com), and One Vanderbilt Avenue, New York New York 10017 (Attn: Darren Azman and Kristin Going, email: dazman@mwe.com and kgoing@mwe.com).

**PLEASE TAKE FURTHER NOTICE THAT FAILURE TO ABIDE BY THE BIDDING PROCEDURES, THE BIDDING PROCEDURES ORDER OR ANY OTHER APPLICABLE ORDER OF THE COURT ENTERED IN THESE CHAPTER 11 CASES MAY RESULT IN THE REJECTION OF YOUR BID AND YOUR DISQUALIFICATION FROM PARTICIPATING IN THE BIDDING FOR AND AUCTION OF ANY OF THE DEBTORS' ASSETS.**

**PLEASE TAKE FURTHER NOTICE THAT IF A SALE OBJECTION IS NOT FILED AND SERVED ON OR BEFORE THE APPLICABLE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE SALE AND BEING HEARD AT THE SALE HEARING, AND THE BANKRUPTCY COURT MAY ENTER THE SALE ORDER WITHOUT FURTHER NOTICE TO SUCH PARTY.**

Dated: August 31, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*

Robert A. Weber (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email: weber@chipmanbrown.com
      desgross@chipmanbrown.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
Lindsay C. Barca (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: gregg.galardi@ropesgray.com
      lindsay.barca@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*

4