**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Hardinge Inc., *et al.*,[1] | ) | Case No. 24-11605 (JKS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. 580** |

**NOTICE OF FILING OF REVISED FOURTH AMENDED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION OF HARDINGE INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION**

**PLEASE TAKE NOTICE THAT** on December 17, 2024, the Debtors filed the *Fourth Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Hardinge Inc. and its Affiliated Debtors and Debtors in Possession* [Docket No. 580] (the "**Fourth Amended Combined Disclosure Statement and Plan**").

**PLEASE TAKE NOTICE THAT** on December 18, 2024, this Court held a hearing (the "**Confirmation Hearing**") to consider the Fourth Amended Combined Disclosure Statement and Plan. At the Confirmation Hearing, the Court requested certain changes to the Fourth Amended Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a revised *Fourth Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Hardinge Inc. and its Affiliated Debtors and Debtors in Possession* ("**Revised Fourth Amended Combined Disclosure Statement and Plan**") incorporating the comments received. The Revised Fourth

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Hardinge Inc. (0200); Ohio Tool Works, LLC (7569); Hardinge Technology Systems, Inc. (6427); Hardinge Grinding Group Inc. (6173); Forkardt Inc. (4671); Hardinge Ventures LLC (0586); and Kellenberger Swiss Grinding Machines, LLC (N/A). The Debtors' service address is One Hardinge Drive, Elmira, NY 14902-1507.

Amended Combined Disclosure Statement and Plan has been circulated to and approved by the U.S. Trustee, the Committee, the Privet parties, and other interested parties.

Attached as **Exhibit B** is a blackline of the Revised Fourth Amended Combined Disclosure Statement and Plan against the Fourth Amended Combined Disclosure Statement and Plan.

Dated: December 20, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Robert A. Weber*
Robert A. Weber (No. 4013)
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
(302) 295-0196
weber@chipmanbrown.com
desgross@chipmanbrown.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
Lindsay C. Barca (*admitted* pro hac vice)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
gregg.galardi@ropesgray.com
lindsay.barca@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*