**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Hardinge Ventures LLC,<br><br>Debtor.<br><br>Tax I.D. No. 87-1180586 | Chapter 11<br><br>Case No. 24-11602 (JKS) |
| In re:<br><br>Ohio Tool Works, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 90-0927569 | Chapter 11<br><br>Case No. 24-11603 (JKS) |
| In re:<br><br>Kellenberger Swiss Grinding Machines, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 24-11604 (JKS) |
| In re:<br><br>Hardinge Technology Systems, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 16-1326427 | Chapter 11<br><br>Case No. 24-11606 (JKS) |
| In re:<br><br>Forkardt Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 46-2494671 | Chapter 11<br><br>Case No. 24-11607 (JKS) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Hardinge Grinding Group, Inc., | ) | Case No. 24-11608 (JKS) |
| Debtor. | ) | |
| Tax I.D. No. 36-3396173 | ) | |

# FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of Fred Stevens, in his capacity as Trustee for the Hardinge GUC Trust, seeking entry of a final decree (this "Final Decree") pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 closing the above-captioned chapter 11 cases (collectively, the "Closing Cases"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), (c) the Court is able to enter a final order consistent with Article III of the United States Constitution, (d) venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (e) due and sufficient notice of the Motion has been given under the particular circumstances and it appears that no other or further notice need be provided; and it appearing that the Closing Cases are fully administered within the meaning of section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022; and the relief requested being a reasonable exercise of the GUC Trust's sound business judgment consistent with its fiduciary duties and in the best interests of the Debtors, their creditors, and

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. The following Chapter 11 Cases (the "Closing Cases") are hereby closed effective as of the entry of this Final Decree, *provided* that the Court shall retain jurisdiction as provided in Article XI of the Plan to the same extent had the Closing Cases not been closed:

| | Debtor | Case No. |
|---|---|---|
| 1. | Hardinge Ventures LLC | 24-11602 (JKS) |
| 2. | Ohio Tool Works, LLC | 24-11603 (JKS) |
| 3. | Kellenberger Swiss Grinding Machines, LLC | 24-11604 (JKS) |
| 4. | Hardinge Technology Systems, Inc. | 24-11606 (JKS) |
| 5. | Forkardt Inc. | 24-11607 (JKS) |
| 6. | Hardinge Grinding Group, Inc. | 24-11608 (JKS) |

3. The Chapter 11 Case of Hardinge Inc., Case No. 24-11605 (JKS) (the "Remaining Case"), shall remain open pending further order of the Court and, for the avoidance of doubt, all claims, motions, contested matters, notices, adversary proceedings, and other matters and pleadings related to any of the Debtors, their estates, and/or the GUC Trust shall be administered in the Remaining Case, without the need to reopen the Closing Cases, and the Court shall retain jurisdiction over such matters. Nothing in the Motion or this Order shall impair, prejudice, waive, or otherwise affect any rights, claims, and defenses of any party with respect to the Closing Cases and the related Debtors, it being intended that all such rights, claims, and defenses shall be preserved and be unaffected by entry of this Order.

4. The Clerk of the Court shall enter this Final Decree on the docket of each of the above-captioned chapter 11 cases, and each such docket shall be marked as "Closed."

5. The Trustee's post-confirmation quarterly summary report for the period from April 1, 2025 through June 30, 2025 (the "Second Quarter Summary Report") shall include information for the Closing Cases only through the date of entry of this Order; and the fees due and payable pursuant to 28 U.S.C. § 1930(a)(6)(A) and (B) in connection with the Closing Cases shall be calculated based on disbursements only through the date of entry of this Final Decree. Subsequent post-confirmation quarterly summary reports shall contain information for the Remaining Case only.

6. Entry of this Final Decree is without prejudice to (a) the rights of the GUC Trust or any party in interest to seek to reopen any of the Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code, (b) the rights of the GUC Trust to dispute, before the Court or in an appropriate non-bankruptcy forum, all proofs of claim that were filed against the Debtors in the Chapter 11 Cases to the extent permitted by the Plan and the Confirmation Order, or (c) the GUC Trust's ability to bring and pursue claims, causes of action, or otherwise seek relief in connection with the GUC Trust Assets.

7. The GUC Trust, its agents, and Kroll Restructuring Administration LLC, as notice and claims agent, are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

8. Notwithstanding any provision in the Bankruptcy Rules or Local Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Final Decree.

**Dated: June 18th, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**