**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HARDINGE, INC., *et al.*,[1] | ) | Case No. 24-11605 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket Nos. 783, 797** |

**FOURTH ORDER EXTENDING CLAIMS OBJECTION DEADLINE**

Upon consideration of the motion (the "Motion")[2] of Fred Stevens, in his capacity as Trustee for the Hardinge GUC Trust, seeking entry of an order (this "Order") extending the Claims Objection Deadline by 120 days through and including November 23, 2026, all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the GUC Trust, the GUC Trust Beneficiaries, and all other parties

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Hardinge Ventures LLC (0586); Ohio Tool Works, LLC (7569); Kellenberger Swiss Grinding Machines, LLC (N/A); Hardinge Inc. (0200); Hardinge Technology Systems, Inc. (6427); Forkardt Inc. (4671); and Hardinge Grinding Group Inc. (6173). The Debtors' service address is One Hardinge Drive, Elmira, NY 14902-1507.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Claims Objection Deadline is hereby extended by 120 days, through and including November 23, 2026, without prejudice to the right of the Trustee, on behalf of the GUC Trust, to seek further extensions.

3. Notwithstanding any provision in the Bankruptcy Rules or Local Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: August 4th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**